STEGEMAN and another, Respondents, vs. OLDENBURG and another, Appellants.

For the appellants: *J. A. C. Lightner* and *J. E. Kitzke,* attorneys, and *Upham, Black, Russell & Richardson* and *Perry J. Stearns* of counsel, all of Milwaukee.

For the respondents: *Quarles, Spence & Quarles,* attorneys, and *Victor D. Werner* of counsel, all of Milwaukee.

*By the Court.*—Judgment affirmed.

A motion for a rehearing was denied, with $25 costs, on June 20, 1932.

FIRST NATIONAL BANK AND TRUST COMPANY, Executor, Respondent, vs. STEINLE, Appellant.

For the appellant: *James E. Coleman,* attorney, and *William J. McCauley* of counsel, both of Milwaukee.

For the respondent: *Wilbershide & Baumblatt* of Racine.

*By the Court.*—Order affirmed.

FRERES and another, Appellants, vs. KRAUSE, Respondent.

For the appellants: *Beck, Smith & Heft* of Racine.

For the respondent: *Thompson & Monk* of Racine.

*By the Court.*—Judgment affirmed.